# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**FILED**
JUL 23 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

UNDER SEAL

CR 19 330

CLIFFORD GRADER,

CRB

DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography;
18 U.S.C. § 2253(a) – Criminal Forfeiture

---

A true bill.

_____
Foreman

Filed in open court this __23__ day of
__July 2019__.

_____ ROSE MAHER
Clerk

Bail, $ No bail warrant

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney



FILED

JUL 23 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 19 330 CRB |
|---|---|
| Plaintiff, | ) VIOLATIONS: |
| v. | ) 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography; |
| CLIFFORD GRADER, | ) 18 U.S.C. § 2253(a) – Criminal Forfeiture |
| Defendant. | ) SAN FRANCISCO VENUE |
|  | ) [UNDER SEAL] |

# INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>:     (18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography)

On or about March 20, 2019, in the Northern District of California, the defendant,

CLIFFORD GRADER,

did knowingly possess matters which contained at least one visual depiction that had been mailed, shipped, and transported in interstate and foreign commerce and that was produced using materials which had been mailed, shipped, and transported in interstate or foreign commerce, by any means including by computer, the production of which visual depiction involved the use of a minor who had not attained 12 years of age engaging in sexually explicit conduct, which visual depiction was of such

INDICTMENT

1 | conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

2 | <u>FORFEITURE ALLEGATION</u>:    (18 U.S.C. § 2253(a))

3 |      The allegations contained in this Indictment are re-alleged and incorporated by reference for the

4 | purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

5 |      Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses set forth

6 | in this Indictment, the defendant,

7 |                    CLIFFORD GRADER,

8 | shall forfeit to the United States of America:

9 |      a.  any visual depiction described in Title 18, United States Code, Sections 2251 or

10 |         2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter

11 |         which contains any such visual depiction, which was produced, transported, mailed,

12 |         shipped or received in violation of Title 18, United States Code, Chapter 110;

13 |      b.  any property, real or personal, constituting or traceable to gross profits or other

14 |         proceeds obtained from the offenses; and

15 |      c.  any property, real or personal, used or intended to be used to commit or to promote

16 |         the commission of the offenses.

17 | The property to be forfeited includes, but is not limited to:

18 |      a.  an Apple iPhone X bearing serial number DNPVK03YJCL7.

19 | If any of the property described above, as a result of any act or omission of the defendant:

20 |      a.  cannot be located upon exercise of due diligence;

21 |      b.  has been transferred or sold to, or deposited with, a third party;

22 |      c.  has been placed beyond the jurisdiction of the court;

23 |      d.  has been substantially diminished in value; or

24 |      e.  has been commingled with other property which cannot be divided without

25 |         difficulty,

26 | the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

27 | United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b)

28 | and Title 28, United States Code, Section 2461(c).

INDICTMENT                                       2

All pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: 7/23/19

A TRUE BILL.

_____
FOREPERSON

DAVID L. ANDERSON
United States Attorney

_____
AJAY KRISHNAMURTHY
Assistant United States Attorney

INDICTMENT                                         3



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL 23 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. CLIFFORD GRADER | **CASE NUMBER:** CR 19 330 CRB |
| Is This Case Under Seal? | Yes ✓ No |
| Total Number of Defendants: | 1 ✓   2-7   8 or more |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes   No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF ✓   OAK   SJ |
| Is this a potential high-cost case? | Yes   No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes   No ✓ |
| Is this a RICO Act gang case? | Yes   No ✓ |
| **Assigned AUSA (Lead Attorney):** Ajay Krishnamurthy | **Date Submitted:** 7/23/2019 |
| **Comments:** | |

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)

AO 257 (Rev. 6/78)

| | |
|---|---|
| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** | |

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. s 2252(a)(4)(B), (b)(2)

~~UNDER SEAL~~

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum 20 years' imprisonment; maximum $250,000 fine; minimum 5-year term of supervised release; maximum life-time term of supervised release; maximum $5100 special assessment; forfeiture

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
▶ Clifford Grader

**DISTRICT COURT NUMBER**
CR 19   330

FILED
JUL 23 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   David L. Anderson
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Ajay Krishnamurthy

**DEFENDANT**
IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
  1) ☒ If not detained give date any prior summons was served on above charges ▶ _____
  2) ☐ Is a Fugitive
  3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
  4) ☐ On this charge
  5) ☐ On another conviction          } ☐ Federal ☐ State
  6) ☐ Awaiting trial on other charges
     If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes   } If "Yes" give date filed _____
                         ☐ No

DATE OF ARREST ▶   Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:
2921 Bay Village Circle Apartment 1024, Santa Rosa CA

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments: