DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

AJAY KRISHNAMURTHY (CABN 305533)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7050
FAX: (415) 436-7234
E-Mail: ajay.krishnamurthy@usdoj.gov

Attorneys for United States of America

FILED
JUL 23 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CLIFFORD GRADER, <br><br> Defendant. | CASE NO. CR 19 330 <br><br> UNITED STATES APPLICATION AND [PROPOSED] ORDER TO SEAL INDICTMENT AND ARREST WARRANT <br><br> CRB |

The United States, through undersigned counsel, respectfully moves this Court to seal the above-captioned Indictment and arrest warrant. If such documents were publicly available, it would impede law enforcement's ability to apprehend the defendant.

DATED: 7/23/19

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/ Ajay Krishnamurthy
AJAY KRISHNAMURTHY
Assistant United States Attorney

## ORDER

Based upon the motion of the United States and for good cause shown, IT IS HEREBY ORDERED that the United States' Motion to Seal, Indictment, Arrest Warrant, this Sealing Order, and other related documents in this case shall be sealed until further order of the Court. A copy of the Indictment and Arrest Warrant shall be provided to agents of Homeland Security Investigations, other law enforcement agents, and employees of the United States Attorney's Office, and the Indictment and Arrest Warrant may be disclosed to federal agents and other law enforcement officers in order to effectuate the arrest of the defendant.

DATED: 23 July 2019

_____
HON. BERNARD ZIMMERMAN
United States Magistrate Judge