| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | AJAY KRISHNAMURTHY (CABN 305533)<br>Assistant United States Attorney |

**FILED**

JUL 30 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7050
FAX: (415) 436-7234
E-Mail: ajay.krishnamurthy@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CLIFFORD GRADER,<br><br>  Defendant. | ) CASE NO. 19-CR-330-CRB-TSH<br>)<br>) UNITED STATES MOTION AND [PROPOSED]<br>) ORDER TO UNSEAL INDICTMENT<br>)<br>)<br>)<br>)<br>)<br>) |

The United States, through undersigned counsel, respectfully moves this Court to unseal the above-captioned Indictment. On July 23, 2019, the Honorable Bernard Zimmerman, United States Magistrate Judge, entered an order sealing this case. The United States now seeks to unseal the indictment for the limited purpose of disclosing it to defendant's retained counsel.

DATED: 7/29/19

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

AJAY KRISHNAMURTHY
Assistant United States Attorney

## ORDER

Based upon the motion of the United States and for good cause shown, IT IS HEREBY ORDERED that the indictment in this case be unsealed for the limited purpose of disclosure to defendant's counsel. This motion and all other documents in this case will otherwise remain under seal.

DATED: July 29, 2019

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge