1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney
2
    HALLIE HOFFMAN (CABN 210020)
3   Chief, Criminal Division

4   AJAY KRISHNAMURTHY (CABN 305533)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7050
7       FAX: (415) 436-7234
        Ajay.krishnamurthy@usdoj.gov
8
    Attorneys for the United States of America
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,              )   CASE NO. 19-CR-330-CRB
                                           )
14          Plaintiff,                     )
                                           )
15      v.                                 )   **STIPULATION RE: RESTITUTION TO**
                                           )   **VICTIM IDENTIFIED IN NCMEC REPORT**
16  CLIFFORD GRADER                        )
                                           )
17          Defendant.                     )
                                           )
    _____    )
18

19

20          On November 6, 2019, defendant Clifford Grader pled guilty to possession of child pornography.

21  The plea agreement requires Grader to pay "full restitution." ECF No. 10, ¶ 10. Further, by statute, this

22  Court is required to "order restitution in an amount that reflects the defendant's relative role in the

23  causal process that underlies the victim's losses, but which is no less than $3,000." 18 U.S.C. §

24  2259(b)(2)(B).

25          Having considered the factors set out in *Paroline v. United States*, 572 U.S. 434, 460 (2014), and

26  to conserve judicial resources, bring about a speedy resolution of this matter, and avoid further litigation

27  of these claims, the parties agree that these victims' claims for restitution should be settled for the

28  amounts set forth below.

1      NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE that the Court should enter

2  an order for restitution in the following amounts to the victims identified by the following pseudonyms:

| Series | Victim(s) | Restitution Award |
|--------|-----------|-------------------|
| Surfer Hair | Jessy | $3,000 |

The parties further stipulate and agree that nothing in this Stipulation shall affect restitution requests that may be submitted by other victims in this case.


SO STIPULATED:                                 DAVID L. ANDERSON
United States Attorney


DATED:  February 10, 2020                 /s/
                                      AJAY KRISHNAMURTHY
Assistant United States Attorney


DATED:  February 10, 2020                 /s/
                                      DAVID J. LARKIN
Attorney for Defendant