DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

AJAY KRISHNAMURTHY (CABN 305533)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7050
    FAX: (415) 436-7234
    Ajay.krishnamurthy@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CLIFFORD GRADER <br><br> Defendant. | CASE NO. 19-CR-330-CRB <br><br> **STIPULATION RE: RESTITUTION TO VICTIM IDENTIFIED IN NCMEC REPORT** <br> ORDER |

    On November 6, 2019, defendant Clifford Grader pled guilty to possession of child pornography. The plea agreement requires Grader to pay "full restitution." ECF No. 10, ¶ 10. Further, by statute, this Court is required to "order restitution in an amount that reflects the defendant's relative role in the causal process that underlies the victim's losses, but which is no less than $3,000." 18 U.S.C. § 2259(b)(2)(B).

    Having considered the factors set out in *Paroline v. United States*, 572 U.S. 434, 460 (2014), and to conserve judicial resources, bring about a speedy resolution of this matter, and avoid further litigation of these claims, the parties agree that these victims' claims for restitution should be settled for the amounts set forth below.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE that the Court should enter an order for restitution in the following amounts to the victims identified by the following pseudonyms:

| *Series* | *Victim(s)* | *Restitution Award* |
|---|---|---|
| Surfer Hair | Jessy | $3,000 |

The parties further stipulate and agree that nothing in this Stipulation shall affect restitution requests that may be submitted by other victims in this case.

SO STIPULATED:

DAVID L. ANDERSON
United States Attorney

DATED: February 10, 2020

/s/
AJAY KRISHNAMURTHY
Assistant United States Attorney

DATED: February 10, 2020

/s/
DAVID J. LARKIN
Attorney for Defendant

Dated: February 11, 2020



APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA